[No. 6733–5–III.   Division Three.   July 31, 1986.]

CRESTON SCHOOL DISTRICT No. 73, *Respondent,* v.
H. HALVORSON, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lin-
coln County, No. 83–2–00044–1, Willard A. Zellmer, J.,
entered September 18, 1984. *Affirmed in part, reversed in*

*part,* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.